Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-562**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Love at Sea

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 27, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050901

---


2
16

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-456-054**
**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** Morning Stroll Set of 3

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 09, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** July 15, 2025
**Applicant's Tracking Number:** KB2025050902



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-457-659**

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Swimming Lanes

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 22, 2022
**Nation of 1st Publication:** Italy

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050907



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-457-663**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Skier i

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 20, 2023
**Nation of 1st Publication:** Italy

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050905



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-457-662**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Shoreline

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 09, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050904



KB

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-056**

**Effective Date of Registration:**
July 15, 2025

**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** Stripe Study Set of 3

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 28, 2024
**Nation of 1st Publication:** Italy

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** July 15, 2025
**Applicant's Tracking Number:** KB2025050906



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-457-661**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Seagulls

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 20, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050903

---

