**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KRISTEN MARIE BOYDSTUN,

    Plaintiff,                                    Case No.: 1:26-cv-01716

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Shuimu Qin |
| 2 | fan lin888 |
| 3 | SF Wall Art |
| 4 | HXF Decorative paintings and posters |
| 5 | De Quan Art poster |
| 6 | LWJ Animal Oil Painting |
| 7 | Office esports mouse pad |
| 8 | R Fast decorative painting |
| 9 | Dream Decoration Painting |
| 10 | LJ decorative painting |
| 11 | Family Decor Art poster |
| 12 | OK poster |
| 13 | Sincere Decorative painting |
| 14 | Art connects paintings |
| 15 | Painted Collection |
| 16 | FTPKWJIT |
| 17 | Colorful Water Art Painting |
| 18 | Home Decoration Two |
| 19 | FAHION ART local |
| 20 | longlongmei |
| 21 | SHANGCHENG HUAFU |
| 22 | The days I long for One |
| 23 | Colorful Custom Painting Home |
| 24 | Eden Canvas Wall Art |
| 25 | HanLu shop |

| | |
|---|---|
| 26 | Z Z good poster |
| 27 | OMOM YZ |
| 28 | poster Premium |
| 29 | Blue poster |
| 30 | Perfect home decor poster |
| 31 | K High decorative painting |
| 32 | Vintage poster |
| 33 | ll Wall Art local |
| 34 | TWOCOLORSART local |
| 35 | PHM accessories |
| 36 | YCJ Decorative paintings and posters |
| 37 | Renaissance Rewind |
| 38 | posters ONE |
| 39 | Decorative Painting Suna |
| 40 | PosterCraft |
| 41 | super oil painting |
| 42 | Thedistance poster |
| 43 | M Loi decorative painting |
| 44 | Canvas Classics |
| 45 | Huang poster |
| 46 | Home hanging paintings |
| 47 | Holiday decoration posters |
| 48 | Family Poster For Home |
| 49 | ThatHipPrint |
| 50 | YCX PixelPalette |
| 51 | YWDECOR |
| 52 | painting house ART |
| 53 | Three posters |
| 54 | Nanasoon Wall Art |
| 55 | BoldHorizons Wall Art |
| 56 | The Birth of Art |
| 57 | Wall Painting Art |
| 58 | Dream Canvas Direct Sales |
| 59 | EL WALL ART |
| 60 | EAFJNI |
| 61 | poster draw |
| 62 | Pictures on the wall |
| 63 | PAVINU |
| 64 | Art Design Decorative Mural |
| 65 | ZFVTIJ |
| 66 | Auraflow Shop |

| | |
|---|---|
| 67 | HXC Digital canvas painting |
| 68 | IASFVY |
| 69 | just poster |
| 70 | HotPepper ART |
| 71 | benjiashangmao |
| 72 | LZZ Wall Art |
| 73 | ZYB Wall Art |
| 74 | Artistic creator |
| 75 | Canvas Canvas |
| 76 | STAR posterS |
| 77 | Canvas Art Second Branch |
| 78 | Streamar art decoration |
| 79 | Canvas Charm ART |
| 80 | WY Digital oil painting poster |
| 81 | Chenqiu Canvas Painting Shop |
| 82 | YJY Decorative Painting Expert |
| 83 | NB art decoration |
| 84 | PXT Decorative paintings and posters |
| 85 | Luxe Fine Art |
| 86 | XSS Decorative paintings and posters |
| 87 | Good picture artwork |
| 88 | The Painting Shop |
| 89 | Charlotte Maker |
| 90 | XCK The significance of family happiness |
| 91 | Decorative painting guy |
| 92 | Pacifism poster design |
| 93 | Painting decoration shop |
| 94 | MTA Digital oil painting factory |
| 95 | FENGYANGJIAJU |
| 96 | Decorate Your Future |
| 97 | JHR Decorative paintings and posters |
| 98 | Colorful Emotions |
| 99 | Steven Original Poster Factory |
| 100 | HJS a pleasant dream |
| 101 | GXY A hopeful family |
| 102 | MindBuilder |
| 103 | luckytow |
| 104 | WXX Wall Art |
| 105 | CTY Decorative painting |
| 106 | Yoyo Wall Art |
| 107 | IFdecor |

| 108 | Verve Canvas Art |
|-----|------------------|
| 109 | Dk Decorative painting |
| 110 | artful living vibes |
| 111 | THE SUPEREGO WALL ART |
| 112 | Art Triple Canvas Co |
| 113 | Canvas Oil Painting Art |
| 114 | cc one poster |
| 115 | Triptych poster |
| 116 | SUXINYIFA |
| 117 | Ley INC |
| 118 | KK Wall Painting |
| 119 | Chasing cloud poster |
| 120 | LJHTriplet |
| 121 | Real canvas painting |
| 122 | RCposter |
| 123 | Bieautiful poster |
| 124 | Dot Line Art Printing |
| 125 | XYS Aluminum painting |
| 126 | ALX poster |
| 127 | AA HOME DECOR |
| 128 | EASY SHOPPP |
| 129 | Canvas painting art collection6 |
| 130 | The smell of sunflowers |
| 131 | Echo of Art |
| 132 | Vivid Prints |
| 133 | Good merchant Y |
| 134 | Artful Decor Vision |
| 135 | Wonderful Poster Showcase |
| 136 | Canvas Classic Art |
| 137 | Artful Livin Wall Wonders Aesthetic Haven |