**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kristen Marie Boydstun

     Plaintiff,

v.             Case No.: 1:26–cv–01716
             Honorable Charles P. Kocoras

Shuimu Qin, et al.

     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 24, 2026:

  MINUTE entry before the Honorable Charles P. Kocoras: The Court has reviewed the parties' Joint Status Report [46]. The parties are still in the process of effectuating the terms of the settlement. If dismissal papers are now filed by 8/21/2026, an updated status report will be due on that date. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.