**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KRISTEN MARIE BOYDSTUN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01716

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Kristen Marie Boydstun ("Plaintiff"), with the agreement and consent of Defendant Nos. 11 Family Decor Art poster et al.[1] (collectively, the "Defendants"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached as Exhibit A to the accompanying Declaration of Keith A. Vogt filed in support of this Motion. Plaintiff states as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that agreement, Defendants agreed to pay Plaintiff twenty-nine thousand two hundred fifty dollars ($29,250) (the "Settlement Amount") by August 17, 2026. Defendants did not remit the Settlement Amount within the time required, and the Settlement Amount remains unpaid. Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff moves for entry of the proposed

[1] "Defendants" include Defendant Nos. 11 Family Decor Art poster, 12 OK poster, 26 Z Z good poster, 28 poster Premium, 29 Blue poster, 32 Vintage poster, 37 Renaissance Rewind, 38 posters ONE, 39 Decorative Painting Suna, 40 PosterCraft, 41 super oil painting, 42 Thedistance poster, 44 Canvas Classics, 47 Holiday decoration posters, 53 Three posters, 56 The Birth of Art, 57 Wall Painting Art, 61 poster draw, 62 Pictures on the wall, 64 Art Design Decorative Mural, 69 just poster, 76 STAR posterS, 91 Decorative painting guy, 92 Pacifism poster design, 99 Steven Original Poster Factory, 112 Art Triple Canvas Co, 114 cc one poster, 115 Triptych poster, 120 LJHTriplet, 122 RCposter, 123 Bieautiful poster, 125 XYS Aluminum painting, 126 ALX poster, 131 Echo of Art, 132 Vivid Prints, 133 Good merchant Y, 135 Wonderful Poster Showcase, 136 Canvas Classic Art, and 137 Artful Livin Wall Wonders Aesthetic Haven.

Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested.

Accordingly, the Parties respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: August 20, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 20, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KRISTEN MARIE BOYDSTUN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-01716<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Laura K. McNally |

**DECLARATION OF KEITH A. VOGT IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KRISTEN MARIE BOYDSTUN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-01716<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Laura K. McNally |

**DECLARATION OF KEITH A. VOGT**

I, KEITH A. VOGT, declare as follows:

1. I am an attorney admitted to practice before this Court and am the principal of the Law Offices of Keith Vogt, counsel of record for Plaintiff Kristen Marie Boydstun ("Plaintiff") in this action. I submit this Declaration in support of Plaintiff's Motion for Entry of Consent Judgment. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently to them.
2. This Declaration concerns the Defendants that remain in this action and that are the subject of Plaintiff's Motion for Entry of Consent Judgment: Defendant Nos. 11 (Family Decor Art poster, Temu Account ID 634418220487978), 12 (OK poster, Temu Account ID 634418219722020), 26 (Z Z good poster, Temu Account ID 634418220734077), 28 (poster Premium, Temu Account ID 634418221919790), 29 (Blue poster, Temu Account ID 634418221288420), 32 (Vintage poster, Temu Account ID 634418221954812), 37 (Renaissance Rewind, Temu Account ID 634418219430680), 38 (posters ONE, Temu Account ID 634418219371824), 39 (Decorative Painting Suna, Temu Account ID

634418220799461), 40 (PosterCraft, Temu Account ID 634418221468367), 41 (super oil painting, Temu Account ID 634418219480223), 42 (Thedistance poster, Temu Account ID 634418216655025), 44 (Canvas Classics, Temu Account ID 634418219509905), 47 (Holiday decoration posters, Temu Account ID 634418219043963), 53 (Three posters, Temu Account ID 634418219618432), 56 (The Birth of Art, Temu Account ID 634418220692385), 57 (Wall Painting Art, Temu Account ID 634418219706132), 61 (poster draw, Temu Account ID 634418219477951), 62 (Pictures on the wall, Temu Account ID 634418219325980), 64 (Art Design Decorative Mural, Temu Account ID 634418221979147), 69 (just poster, Temu Account ID 634418220345993), 76 (STAR posterS, Temu Account ID 634418222237360), 91 (Decorative painting guy, Temu Account ID 634418219571490), 92 (Pacifism poster design, Temu Account ID 634418221250163), 99 (Steven Original Poster Factory, Temu Account ID 634418220682171), 112 (Art Triple Canvas Co, Temu Account ID 634418221518663), 114 (cc one poster, Temu Account ID 634418220398282), 115 (Triptych poster, Temu Account ID 634418222038200), 120 (LJHTriplet, Temu Account ID 634418222005835), 122 (RCposter, Temu Account ID 634418222401704), 123 (Bieautiful poster, Temu Account ID 634418221232703), 125 (XYS Aluminum painting, Temu Account ID 634418222049062), 126 (ALX poster, Temu Account ID 634418221417253), 131 (Echo of Art, Temu Account ID 634418220666483), 132 (Vivid Prints, Temu Account ID 634418219881081), 133 (Good merchant Y, Temu Account ID 634418220146387), 135 (Wonderful Poster Showcase, Temu Account ID 634418220484141), 136 (Canvas Classic Art, Temu Account ID 634418219679848), and 137 (Artful Livin Wall Wonders Aesthetic Haven, Temu Account ID 634418219383612) (collectively, the "Settling Defendants").

3. The Settling Defendants are the only Defendants that remain in this case. On April 6, 2026, the Court entered a Default Judgment Order against the defaulting defendants. [42]. The Settling Defendants are therefore the sole Defendants against whom relief is now sought.

4. Each of the Settling Defendants entered into a written settlement agreement with Plaintiff that resolves Plaintiff's claims against it (the "Settlement Agreement"). The Settlement Agreement is confidential by its terms. Should the Court wish to review it, Plaintiff respectfully requests leave to file it under seal.

5. In the Settlement Agreement, each Settling Defendant expressly consented to the personal jurisdiction and venue of the Court in which this action is pending — the United States District Court for the Northern District of Illinois — and agreed not to contest that jurisdiction.

6. Each Settling Defendant, acting through a representative with authority to bind it, thereby knowingly and voluntarily consented to this Court's exercise of personal jurisdiction over it and waived any objection or challenge to personal jurisdiction and venue in this Court.

7. Accordingly, this Court has personal jurisdiction over each of the Settling Defendants based on that Defendant's express consent, independent of any contacts the Defendants may have with Illinois through their online marketplace activity. A proposed order reflecting the Settling Defendants' consent to the jurisdiction of this Court is attached as **<u>Exhibit A</u>** and has been submitted concurrently with this motion and declaration to the Court's proposed order inbox at Proposed_Order_Kocoras@ilnd.uscourts.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt

*Attorney for Plaintiff*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KRISTEN MARIE BOYDSTUN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01716

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

## CONSENT JUDGMENT

This action having been commenced by Plaintiff KRISTEN MARIE BOYDSTUN ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 11 | Family Decor Art poster | 634418220487978 |
| 12 | OK poster | 634418219722020 |
| 26 | Z Z good poster | 634418220734077 |
| 28 | poster Premium | 634418221919790 |
| 29 | Blue poster | 634418221288420 |
| 32 | Vintage poster | 634418221954812 |
| 37 | Renaissance Rewind | 634418219430680 |
| 38 | posters ONE | 634418219371824 |
| 39 | Decorative Painting Suna | 634418220799461 |
| 40 | PosterCraft | 634418221468367 |
| 41 | super oil painting | 634418219480223 |
| 42 | Thedistance poster | 634418216655025 |
| 44 | Canvas Classics | 634418219509905 |
| 47 | Holiday decoration posters | 634418219043963 |

| | | |
|---|---|---|
| 53 | Three posters | 634418219618432 |
| 56 | The Birth of Art | 634418220692385 |
| 57 | Wall Painting Art | 634418219706132 |
| 61 | poster draw | 634418219477951 |
| 62 | Pictures on the wall | 634418219325980 |
| 64 | Art Design Decorative Mural | 634418221979147 |
| 69 | just poster | 634418220345993 |
| 76 | STAR posterS | 634418222237360 |
| 91 | Decorative painting guy | 634418219571490 |
| 92 | Pacifism poster design | 634418221250163 |
| 99 | Steven Original Poster Factory | 634418220682171 |
| 112 | Art Triple Canvas Co | 634418221518663 |
| 114 | cc one poster | 634418220398282 |
| 115 | Triptych poster | 634418222038200 |
| 120 | LJHTriplet | 634418222005835 |
| 122 | RCposter | 634418222401704 |
| 123 | Bieautiful poster | 634418221232703 |
| 125 | XYS Aluminum painting | 634418222049062 |
| 126 | ALX poster | 634418221417253 |
| 131 | Echo of Art | 634418220666483 |
| 132 | Vivid Prints | 634418219881081 |
| 133 | Good merchant Y | 634418220146387 |
| 135 | Wonderful Poster Showcase | 634418220484141 |
| 136 | Canvas Classic Art | 634418219679848 |
| 137 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |

THIS COURT HEREBY FINDS that each Defendant expressly consented to the personal jurisdiction and venue of this Court by written agreement. *See* Declaration of Keith A. Vogt. By consenting to the jurisdiction of this Court under the settlement agreement, each Defendant has waived any challenge to the exercise of personal jurisdiction over it.

THIS COURT FURTHER FINDS that Defendants are liable for copyright

infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the KRISTEN BOYDSTUN Works in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine KRISTEN BOYDSTUN product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the KRISTEN BOYDSTUN Works;

   c. committing any acts calculated to cause consumers to believe that Defendants' Infringing KRISTEN BOYDSTUN Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing the KRISTEN BOYDSTUN Works and damaging Plaintiff's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the KRISTEN BOYDSTUN Works.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff twenty-nine

thousand two hundred fifty dollars ($29,250) in damages (the "Damage Amount").

3. Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendants' failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: _______________, 2026

____________________________________

Charles P. Kocoras
United States District Judge