**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KRISTEN MARIE BOYDSTUN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-01716<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Laura K. McNally |

**STATUS REPORT**

Pursuant to the Court's Minute Entry [47], Plaintiff, Kristen Marie Boydstun ("Plaintiff"), respectfully submits this status report regarding Defendant Nos. 11 Family Decor Art poster et al.[1] (collectively, the "Defendants").

On August 20, 2026, Plaintiff filed an Agreed Motion for Entry of Consent Judgment [48], supported by the Declaration of Keith A. Vogt and the proposed Consent Judgment attached as Exhibit A, and noticed the motion for presentment before this Court on Tuesday, September 1, 2026, at 9:50 a.m. [49]. Defendants consented to entry of the proposed Consent Judgment when they executed the settlement agreement, and the motion is unopposed.

[1] "Defendants" include Defendant Nos. 11 Family Decor Art poster, 12 OK poster, 26 Z Z good poster, 28 poster Premium, 29 Blue poster, 32 Vintage poster, 37 Renaissance Rewind, 38 posters ONE, 39 Decorative Painting Suna, 40 PosterCraft, 41 super oil painting, 42 Thedistance poster, 44 Canvas Classics, 47 Holiday decoration posters, 53 Three posters, 56 The Birth of Art, 57 Wall Painting Art, 61 poster draw, 62 Pictures on the wall, 64 Art Design Decorative Mural, 69 just poster, 76 STAR posterS, 91 Decorative painting guy, 92 Pacifism poster design, 99 Steven Original Poster Factory, 112 Art Triple Canvas Co, 114 cc one poster, 115 Triptych poster, 120 LJHTriplet, 122 RCposter, 123 Bieautiful poster, 125 XYS Aluminum painting, 126 ALX poster, 131 Echo of Art, 132 Vivid Prints, 133 Good merchant Y, 135 Wonderful Poster Showcase, 136 Canvas Classic Art, and 137 Artful Livin Wall Wonders Aesthetic Haven.

Defendants are the last remaining defendants in this action. Upon entry of the proposed Consent Judgment, every claim against every defendant will be resolved, no defendants will remain, and the case may be closed.

DATED: August 21, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 21, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt