AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:26-cv-01716 | DATE FILED<br>2/17/2026 | |
| PLAINTIFF<br>Kristen Marie Boydstun | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizarry | 8/24/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kristen Marie Boydstun

Plaintiff,

v.

Shuimu Qin, et al.

Defendant.

Case No.: 1:26−cv−01716
Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion to approve consent judgment [48] is granted. Enter Order. The presentment hearing noticed for 9/1/2026 is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
August 24, 2026

Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-562**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Love at Sea

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 27, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050901



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-456-054**
**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** Morning Stroll Set of 3

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 09, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** July 15, 2025
**Applicant's Tracking Number:** KB2025050902



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-457-659**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Swimming Lanes

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 22, 2022
**Nation of 1st Publication:** Italy

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050907



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-457-663**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Skier i

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 20, 2023
**Nation of 1st Publication:** Italy

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050905


BOYDSTUN

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-457-662**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Shoreline

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 09, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050904



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-456-056**
**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** Stripe Study Set of 3

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 28, 2024
**Nation of 1st Publication:** Italy

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** July 15, 2025
**Applicant's Tracking Number:** KB2025050906



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-457-661**
**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 13, 2025

## Title

**Title of Work:** Seagulls

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 20, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristen Marie Boydstun
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristen Marie Boydstun
Galleria Ugo Bassi 1, Bologna, 40121, Italy

## Rights and Permissions

**Name:** Kristen Marie Boydstun
**Email:** kristen.boydstun@gmail.com
**Address:** Galleria Ugo Bassi 1
Bologna 40121 Italy

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** KB2025050903

