**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KRISTEN MARIE BOYDSTUN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-01716<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Laura K. McNally |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, September 8, 2026, at 9:50 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Charles P. Kocoras of the United States District Court for the Northern District of Illinois, Eastern Division, and present Plaintiff's Motion to Modify Consent Judgment against Defendant Nos. 11 Family Decor Art poster et al.[1]

[1] "Defendants" include Defendant Nos. 11 Family Decor Art poster, 12 OK poster, 26 Z Z good poster, 28 poster Premium, 29 Blue poster, 32 Vintage poster, 37 Renaissance Rewind, 38 posters ONE, 39 Decorative Painting Suna, 40 PosterCraft, 41 super oil painting, 42 Thedistance poster, 44 Canvas Classics, 47 Holiday decoration posters, 53 Three posters, 56 The Birth of Art, 57 Wall Painting Art, 61 poster draw, 62 Pictures on the wall, 64 Art Design Decorative Mural, 69 just poster, 76 STAR posterS, 91 Decorative painting guy, 92 Pacifism poster design, 99 Steven Original Poster Factory, 112 Art Triple Canvas Co, 114 cc one poster, 120 LJHTriplet, 122 RCposter, 123 Bieautiful poster, 125 XYS Aluminum painting, 131 Echo of Art, 132 Vivid Prints, 133 Good merchant Y, 135 Wonderful Poster Showcase, 136 Canvas Classic Art, and 137 Artful Livin Wall Wonders Aesthetic Haven.

DATED: September 3, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 3, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt